```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 33625
    RONALD SUMPTER
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-7339

--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 09/10/2004 and was confirmed 12/15/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  13.39% from remaining funds.

     The case was paid in full 10/30/2007.
--------------------------------------------------------------------------
CREDITOR NAME                CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                  PAID           PAID
--------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE  SECURED             12065.00           917.86        12065.00
CAPITAL ONE AUTO FINANCE  UNSECURED OTH        2904.33             .00           389.15
INTERNAL REVENUE SERVICE  PRIORITY             1007.23             .00          1007.23
INTERNAL REVENUE SERVICE  NOTICE ONLY         NOT FILED            .00              .00
IRS TAX DIVISION          NOTICE ONLY         NOT FILED            .00              .00
INTERNAL REVENUE SERVICE  NOTICE ONLY         NOT FILED            .00              .00
INTERNAL REVENUE SERVICE  NOTICE ONLY         NOT FILED            .00              .00
INTERNAL REVENUE SERVICE  PRIORITY            NOT FILED            .00              .00
ADVOCATE MEDICAL CENTER   UNSECURED           NOT FILED            .00              .00
CAPITAL ONE VISA          UNSECURED           NOT FILED            .00              .00
CAPITAL ONE VISA          UNSECURED           NOT FILED            .00              .00
CREDIT UNION 1            UNSECURED            26615.70            .00          3564.91
CREDIT UNION 1            UNSECURED           NOT FILED            .00              .00
HEAD & NECK COSMETIC SUR  UNSECURED           NOT FILED            .00              .00
HOUSEHOLD BANK            UNSECURED           NOT FILED            .00              .00
IMMC RADIOLOGISTS         UNSECURED           NOT FILED            .00              .00
M RAMEZ SALEM MD          UNSECURED           NOT FILED            .00              .00
MIDWEST DIAGNOSTIC PATHO  UNSECURED           NOT FILED            .00              .00
PROVIDIAN                 UNSECURED           NOT FILED            .00              .00
INTERNAL REVENUE SERVICE  UNSECURED            42138.06            .00          5643.97
INTERNAL REVENUE SERVICE  SECURED               1701.00          98.87          1701.00
MELVIN J KAPLAN           DEBTOR ATTY          2,700.00                         2,700.00
TOM VAUGHN                TRUSTEE                                               1,612.01
DEBTOR REFUND             REFUND                                                    5.00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                29,705.00

PRIORITY                                    1,007.23

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 33625 RONALD SUMPTER
```

```
SECURED                                                      13,766.00
    INTEREST                                                  1,016.73
UNSECURED                                                     9,598.03
ADMINISTRATIVE                                                2,700.00
TRUSTEE COMPENSATION                                          1,612.01
DEBTOR REFUND                                                     5.00
                                    ---------------    ---------------
TOTALS                                    29,705.00          29,705.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 01/28/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```